# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARY GISELLE ALMONTE
FERRER,

      Plaintiff,

      v.                   Case No.: 6:26-cv-00683-CEM-LHP

PHH MORTGAGE
CORPORATION, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM, INC., DOES 1
THROUGH 100 INCLUSIVE,

      Defendants,

---

## ORDER

Before the Court is Defendant PHH Mortgage Corporation's Motion to Dismiss Plaintiff's Complaint. Doc. No. 8. On review, the motion is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g). Defendant shall either file a renewed motion that complies with all applicable Local Rules or an answer to the complaint within **seven (7) days** from the date of this Order. Any such filings shall also clarify the method of service on Plaintiff, who is proceeding *pro se* and does not have access to the CM/ECF system. The present motion, while providing Plaintiff's contact information, only specifies service via filing on CM/ECF.

-1-

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2026.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties